UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | COLLIER/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:09-CR-122 |
| | ) | |
| BAUDILIO SANTIAGO BRAVO-GALVEZ | ) | |

**O R D E R**

On November 9, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant Baudilio Santiago Bravo-

Galvez's ("Defendant") plea of guilty to Count One of the Indictment; (b) the Court adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant shall

remain in custody pending sentencing in this matter (Court File No. 17).  Neither party filed an

objection within the given ten days.  After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation (Court File No. 17) pursuant to 28

U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment; and

(3) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Thursday,**

**March 4, 2010, at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

**/s/**_____

**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**